

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00224-CR

Carlton **WOOD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CR-3690
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the portion of the trial court's judgment assessing punishment is REVERSED and the cause is REMANDED for a new punishment hearing.

SIGNED December 17, 2014.

_____
Rebeca C. Martinez, Justice